# Dominick Lanzito

**From:** Dominick Lanzito
**Sent:** Tuesday, April 16, 2024 10:52 AM
**To:** amy@kazlg.com
**Cc:** Alex Gonzales
**Subject:** Deloise McMurray v. Strategic Limited Partners, LP, et al,

Ms. Ginsburg,

Our office will be filing an appearance on behalf of SLP.  I tried to contact you yesterday, but the number on the complaint, but it was the wrong number.  I then called your office in Pennsylvania.  I am seeking a 21-day extension to answer or otherwise plead.  Please let me know if you have any objection to the same or if you would like to discuss this matter.

Best regards,

PLEASE NOTE NEW OFFICE ADDRESS
Dominick L. Lanzito
Peterson, Johnson & Murray LLC
1301 W. 22nd Street – Ste. 500
Oak Brook, Illinois 60523
Direct: (312) 724-8035
T  (312) 782-7150
F  (312) 896-9318
E  dlanzito@pjmlaw.com



EXHIBIT 1

1