United States District Court
Southern District of Texas
**ENTERED**
May 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Deloise McMurray | § | |
| | § | |
| *versus* | § | Civil Action 4:24−cv−00512 |
| | § | |
| Strategic Limited Partners, LP, et al. | § | |

## Recusal Order

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on May 3, 2024, at Houston, Texas.

_____
David Hittner
United States District Judge